# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ERCELL MANUEL, JR., #190839,** | : |
| Plaintiff, | : |
| vs. | :    **CIVIL ACTION 17-0157-WS-N** |
| **JOHN FURMAN,** | : |
| Defendants. | : |

## **JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

**DONE** this 27th day of July, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE